IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>Christina Pope Cruz,<br>　　　　　　　　　　　Debtor(s). | Chapter 7<br>Case No. 04-11347-SSC |
| Steven Patrick McCurry,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>Christina Pope Cruz,<br>　　　　　　　　　　　Defendant. | Adv. No. 04-1058<br><br>Order Incorporating Memorandum<br>Decision Dated July 6, 2005<br>(Opinion to Post) |

Based upon this Court's Memorandum Decision dated July 6, 2005, which is incorporated herein by reference,

IT IS ORDERED that the Debtor owes the Plaintiff the principal amount of $1,637.00, which shall accrue interest at the Arizona judgment rate of interest of 10 percent per annum until paid in full, and that the principal and any accrued interest on said debt shall be deemed nondischargeable pursuant to 11 U.S.C. §523(a)(5).

IT IS FURTHER ORDERED that the Debtor shall repay the Plaintiff in the amount of $25.00 per month until the debt is paid in full; however, the Debtor may increase the monthly payments to be made or pay the debt in full, at any time, without penalty.

1    IT IS FURTHER ORDERED that the Clerk shall forward a copy of this judgment
2 to all interested parties and shall close this adversary.

DATED this 6th day of July, 2005.

*[signature]*

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

BNC to NOTICE